M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Willie Henry Pitts
V.

__Bullock County__
Full name and prison name of
Plaintiff(s)

v.

__Bullock County Finty__
__Kebby C.C. Finty__
__West Jeffer C.C.__
__Elmore + Stan't Cannet__
__Fanke Lee youry prison__
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

RECEIVED 2017 JUN 12 P 2:01

CIVIL ACTION NO. 2:17-CV-388
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒  No ☐

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☒    NO ☐

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) __Willie Henry Pitts__

         Defendant(s) __Bullock County Finty__

      2.  Court (if federal court, name the district; if state court, name the county)
         __N/A__

RECEIVED

JUN 1 2 2017

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Docket number 2:16-CV-962-WHP

4. Name of judge to whom case was assigned Judge Hopper

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) I went to Trial.

6. Approximate date of filing lawsuit 213-2014-2016

7. Approximate date of disposition Still active

II. PLACE OF PRESENT CONFINEMENT Lee County Jill Auburn plice Depment

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock D.O.C

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Bullock, D.O.C Firfly | E.O.S Fasing senten |
| 2. | West Jeffer, D.O.C prson | E.O.S Fasen |
| 3. | Lamore, D.O.C Prson | E.O.S faem senten |
| 4. | Start Andnet prson D.O.C Frffly | E.O.S senten |
| 5. | Fanke Lee D.OC. Prson | E.O.S senting |
| 6. | Kibbly Conction D.OC Prson | CoS senting |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED The year OF, 1995-2016

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Sue Every Bobby For Every Things They did to. me!

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Bullock person Faitly Union Springs AL, West Jeffer person Faitly Donaldso person Elmore D.O.C person Faitly AL, Atmore D.O.C person Faitly AL, Fankeebee D.O.C person Faitly AL

GROUND TWO: Sue everythinksing they did to me!?

SUPPORTING FACTS:

F Viletter my contum Right all of Them

GROUND THREE: Same Things all my Right Was Victeth

SUPPORTING FACTS: Same

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Attamptell To Camen murnble IN 1994
Auburn plice Demperment Auburn AL 36830
Opelika sHiaf Demperment opelika AL 36801

Violetter all my contuch Right

Mr. Willei Henry Pitts
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6-7-2017
             (Date)

Mr. Willei Henry Pitts
Signature of plaintiff(s)

Mr. Willie Henry Pitts   AIS № 179239254Z
                          AIS № 199239
Homeless Resource
Network 2221 Second Avenue
P.O. Box 811 - Columbus, Georgia - 31902

MACON GA 310
09 JUN 2017 PM 2 L

United States District Court for
The Middle District of AL
1 Church St.
Montgomery, AL 36104

36104-401801

RECEIVED
JUN 12 2017
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.