IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE HENRY PITTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-388-WKW |
| ) | |
| BULLOCK CORRECTIONAL ) | |
| FACILITY, WEST JEFFER D.O.C., ) | |
| ELMORE CORRECTIONAL FACILITY, ) | |
| STATON CORRECTIONAL FACILITY, ) | |
| FRANK LEE COMMUNITY BASED ) | |
| FACILITY, and KILBY ) | |
| CORRECTIONAL FACILITY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 7, 2019, the Magistrate Judge filed an Amended Recommendation to which no timely objections have been filed. (Doc. # 11.) After an independent review of the record and on consideration of the Amended Recommendation, it is ORDERED that the Amended Recommendation is ADOPTED and that this case is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B).

A separate Final Judgment will be entered.

DONE this 24th day of May, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE